# SUPERIOR DIAMOND DEVELOPMENT INC

CA STATE LIC. # A1010054
P.O BOX 65194 LOS ANGELES CA 90065
P-(213)494-8569  F-(323)352-8606
jamespconstruction26@gmail.com

**Bill To**
MR

# Invoice

| | |
|---|---|
| Number | 1140 |
| Date | 4/19/2016 |

**job location**
6314 VAN NUYS
LOS ANGELES, CA, 91401

| Quantity | Description of work | Price | Amount |
|---|---|---|---|
| A | PROVIDE LABOR AND MATERIAL FOR THE FOLLOWING DESCRIPTION | | |
| 1 | REMOVE APROX...270 SQFT OF CONCRETE SLAB IN FRON OF DOORS, A TOTAL OF 3 EXISTING DOORS AND HAUL AWAY | $2,600.00 | $2,600.00 |
| 2 | NEW CONCRETE SLAB WITH (1) ADA RAMP APROX..370 SQFT AT 5" inches THK, ADA RAMP IS ABOUT 114 SQFT | $0.00 | $0.00 |
| | INSTALL REBAR #4 AT EVERY 16 " inches O.C | $5,800.00 | $5,800.00 |
| 3 | ADA PARKING LOT ONLY SEAL COAT AND STRIPING PROVIDE SIGNS FOR HANDICAP PARKING LOT ONLY | $1,250.00 | $1,250.00 |
| (4) | REMOVE ALL 2 CONCRETE STEPS SIDE TO SIDE AND HAUL AWAY TO DUMP | $1,050.00 | $1,050.00 |
| (5) | ASPHALT SKIN PATCH ON HANDICAP PARKING LOT APROX...306 SQFT | $1,300.00 | $1,300.00 |
| (6) | ~~IRON PIPES SLEVES~~ | ~~$300.00~~ | ~~$300.00~~ |
| | PAID CHECK CHECK #_____ $5,000 | | ($5,000.00) |

EXCLUTIONS: BASE, WATER PUMP, TRUNCATED DOMES, IRON WORK, ASPHALT PAVING, ASPHALT PATCHING WORK SEAL COATING MORE THAN 250 SQFT, STRIPING PARKING LOT,

NOTE: THERES NO PLANS FOR THIS JOB AUTHORIZATION BY OWNERS PERMISSION OR CONTRACTOR

**FULL PAYMENT IS REQUIRED WHEN JOB IS COMPLETED.**
**PLEASE SIGN FOR WORK AND PAYMENT AUTHORIZATION.**

X [signature] 4/20/16

| | |
|---|---|
| Amount deposit Paid | $0.00 |
| Discount | $0.00 |
| Sub Total | $7,300.00 |
| Total | $7,300.00 |