CENTER FOR DISABILITY ACCESS
Raymond G. Ballister, Jr. SBN 111282
Phyl Grace, Esq., SBN 171771
<u>Mail</u>: PO Box 262490
San Diego, CA 92196-2490
<u>Delivery</u>: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com

Attorneys for Plaintiff SHIRLEY LINDSAY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY LINDSAY,<br><br>  Plaintiff,<br><br>v.<br><br>6310-6318 VAN NUYS BLVD, LLC, a California Limited Liability Company; ANIBAL BARRIOS; and Does 1-10,<br><br>  Defendants. | **Case:** 2:16-CV-00917-PSG-E<br><br>**PLAINTIFF'S INITIAL DISCLOSURES** |

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, the plaintiff exchanges the following information as part of his initial disclosures and makes the following evidentiary disclosures as set forth herein.

Plaintiff reserves the right to revise, amend, update, withdraw and/or supplement these disclosures should new information become available. Furthermore, said disclosures are made without waiver, intentional or otherwise, of any and all privileges provided by law, including without limitation, the attorney/client privilege and work product privilege.

**A.   Witnesses**

The following individuals have discoverable information that Plaintiff may

use to support her claims:

| Name & Contact | Subject Matter |
|---|---|
| Shirley Lindsay, Available through Counsel | Ms. Lindsay is the plaintiff and is familiar with the following facts: The allegations in the complaint, her disability, her June 16, 2014, visit to Villaggio Deli & Restaurant ("Restaurant"), and the inaccessible parking and the inaccessible paths of travel at the time of her visit. |
| Evens Louis, Available through Plaintiff's Counsel | Mr. Louis is an investigator for Plaintiff's counsel. He conducted site inspections on January 13, 2016, and February 22, 2016, and took measurements and photographs of the counter, path of travel, parking, and restroom at the Restaurant. |

Discovery and investigation is continuing in this matter and additional witnesses will be disclosed when new information becomes available, and Plaintiff reserves the right to supplement these disclosures and produce additional witness who may be relevant to this case as they become known during the course of this litigation and as permitted by Fed.R.Civ.P. 26(e).

**B.     Documents**

The following documents are currently within Plaintiff's possession, custody, or control and may be used to support her claims.

- 124 photographs of the parking, signage, paths of travel, entrance, doorway, steps, counters, dining area, restroom doorway, and restroom at the Restaurant taken by Mr. Louis on January 13, 2016.
- 15 photographs of the parking, signage, paths of travel, and steps at the Restaurant taken by Mr. Louis on February 22, 2016.
- 6 photographs of the parking and signage at the Restaurant, provided by

Plaintiff.

- 6 photographs of the entrance and signage at the Restaurant dated March 21, 2016, provided by Defendant.
- 9 photographs of the parking and signage at the Restaurant dated March 22, 2016, provided by Defendant.
- 1 Google map screenshot capture of the parking at the Restaurant, provided by Plaintiff.

Discovery and investigation is continuing in this matter and additional documents will be disclosed as and when new information becomes available, and Plaintiff reserves the right to supplement these disclosures and the right to produce additional documents hereinafter discovered from other parties or witnesses and any documents inadvertently omitted from this disclosure as necessary and as permitted by Fed.R.Civ.P. 26(e).

**C.    Category of Damages**

Plaintiff seeks damages under the Unruh Civil Rights Act/Disabled Persons Act – which include actual damages and a $4,000 civil penalty for each incident and/or act of deterrence.

**D.    Insurance Agreements**

Plaintiff is unaware of any insurance agreements under which an insurance business might be liable to satisfy all or part of a possible judgment in this action.

Dated: October 6, 2016                    CENTER FOR DISABILITY ACCESS

By: ___/s/ Sara Gunderson___
Sara Gunderson
Attorney for Plaintiff